IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| v. : | CRIMINAL ACTION NO. |
| MAXIMILIAM LOTH, : | 1:14-cr-0263-AT |

## ORDER

Presently before the Court is the Magistrate Judge's Report and Recommendation ("R&R") that this Court deny Defendant Maximiliam Loth's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 [Doc. 88]. A district judge has broad discretion to accept, reject, or modify a magistrate judge's proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 680 (1980). The Court notes that no objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none.

Accordingly, the Court receives the Magistrate Judge's Report and Recommendation with approval and hereby **ADOPTS** the Report and Recommendation as the opinion of this Court. For the reasons stated in the Magistrate Judge's Report and Recommendation, the Court **DENIES** Defendant's

motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 [Doc. 79]. Defendant is denied a certificate of appealability.

**IT IS SO ORDERED** this 4th day of September, 2018.

_____
**Amy Totenberg**
**United States District Judge**